In the Matter of the Application of WILLIAM L. CLAY, for an Order Determining His Lien upon Certain Moneys Received in His Capacity as Attorney at Law.— Order affirmed, with ten dollars costs and disbursements. All concur; Edgcomb, J., not sitting.

TOWN OF BRIGHTON, Appellant, v. ROCHESTER WILLITE CORPORATION, Defendant, and WILLIAM S. LOZIER, Respondent.— Order modified by striking out all provisions for inspection except those relating to the inspection of the cores themselves, and as so modified affirmed, without costs of this appeal to either party. All concur; Edgcomb, J., not sitting.

ROBERT W. BULL, Respondent, v. GEORGE K. HAMBLETON, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Application of ADOLPH M. NEWMAN for a Mandamus Order against JOHN L. STAEBER, County Clerk of Erie County.— Motion for reargument denied, without costs.

JOHN WILKOLASKI, Appellant, v. EUGENE J. HANAVAN, Respondent.— Judgment affirmed, with costs, on the opinion of Larkin, J., at Special Term [Reported in 149 Misc. 838]. All concur.

## FIRST DEPARTMENT, NOVEMBER, 1933.

FRANCES K. TEPLITZ, Respondent, v. MUNICIPAL MANAGEMENT CORPORATION and Another, Appellants, Impleaded with GREENFAN REALTY CO., INC., and Another.

Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; O'Malley, J., dissents.

O'MALLEY, J. (dissenting). I dissent from the affirmance of the order which denied the motion seeking to enjoin the receiver from collecting the rents until the balance due the assignee of such rents shall have been paid, upon the authority of *Conley* v. *Fine* (181 App. Div. 675); *Harris* v. *Taylor* (35 id. 462; appeal dismissed, 159 N. Y. 533). The decision of the Court of Appeals in *Sullivan* v. *Rosson* (223 N. Y. 217) is not in conflict with the rule established in the cases cited. The case of *Harris* v. *Taylor* (*supra*), while held not applicable, was not disapproved therein.